UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECIL DUDGEON,<br><br>                          Petitioner,<br><br>  v.<br><br>HENRY RICHARDS,<br><br>                          Respondent. | No. C09-5229 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMEDATION DISMISSING HABEAS PETITION AS UNTIMELY |

    This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that Petitioner's request for habeas corpus relief be denied and the petition be dismissed with prejudice. The Petitioner has filed objections to the Report and Recommendation contending that the Magistrate Judge's determination that Petitioner's petition is untimely is erroneous.

    As detailed by the Magistrate Judge, the statute of limitations for filing the federal habeas petition had expired prior to Mr. Dugeon's filing of a collateral proceeding in state court. Accordingly, the collateral proceeding does not toll the one-year statute of limitations. See 28 U.S.C. § 2244(d). The Magistrate Judge also detailed the inapplicability of provisions of 28 U.S.C. § 2244(d)(1)(D) to Petitioner's claim. Nor is Petitioner entitled to receive credit for the

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

time of his civil commitment as a sexually violent predator against his term of community supervision.

Petitioner does not meet the criteria for tolling based on pending collateral proceedings or the extraordinary circumstances required for equitable tolling. There are no circumstances preventing Petitioner from filing his habeas petition in a timely manner.

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's writ of habeas corpus [Dkt. 3] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 22nd day of September, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2