AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

CECIL DUDGEON

v.

HENRY RICHARDS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5229FDB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus [Dkt. 3] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

| September 24, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk